# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael J. Cook and Richard C. Dentinger, as Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Pension Fund; Michael J. Cook and Paul R. Weise, as Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Health Fund; Jay Lommel and James R. Lundquist, as Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Vacation Fund; Michael J. Cook and William Dentinger, as Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Journeyman and Apprentice Training Trust Fund; Gregory R. Massey and James Mortenson, as Trustees of the Minnesota Cement Masons Pension Fund; Arland B. Anderson and Gregory R. Massey, as Trustees of the Minnesota Cement Masons Health and Welfare Fund; Gregory R. Massey and Steven L. Kilmer, as Trustees of the Minnesota Cement Masons – Plasterers – Shophands Journeyman and Apprentice Training Fund; and Robert Ridge and Timothy Worke, as Trustees of the Minnesota Cement Masons – Plasterers – Shophands Local 633 Savings Trust Fund, <br><br>          Plaintiffs, <br><br>vs. <br><br>Brian Liska Masonry, Inc., a foreign corporation; and Brian J. Liska, <br><br>          Defendants. | Civil File No. 09-1088 PAM/AJB <br><br><br><br>**INJUNCTION** |

Pursuant to this Court's Order dated August  26 , 2009:

1. Defendants are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit

contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants are to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments for the time period of April 1, 2008 through the present.

3. The Defendants shall cooperate in all ways with this audit.

4. Defendants are required to post with Plaintiffs' TPA a cash or surety bond in an amount determined pursuant to the terms of Article 21 – Fringe Benefits of the Collective Bargaining Agreement a cash or surety bond in the appropriate amount to the Minnesota and North Dakota Bricklayers and Allied Craftworkers Fringe Benefit Funds, and the bond shall remain in effect for one (1) year.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: August  26 , 2009     s/Paul A. Magnuson
                             PAUL A. MAGNUSON
                             United States District Judge